B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re    The Cedar Garden Assisted Living Homes, LLC      Case No.   2:08-bk-00632-SSC

Debtor(s)      Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GMAC EQUITY LINE<br>PO BOX 79135<br>Phoenix, AZ 85062-9135 | GMAC EQUITY LINE<br>PO BOX 79135<br>Phoenix, AZ 85062-9135 | 607 N. Bullmoose<br>Chandler, Arizona<br>85224 | | 144,000.00<br>(750,000.00 secured)<br>(725,000.00 senior lien) |
| DON MUNGCAL<br>255 S. Grand Avenue #204<br>Los Angeles, CA 90012 | DON MUNGCAL<br>255 S. Grand Avenue #204<br>Los Angeles, CA 90012 | Loan | Disputed | 40,400.00 |
| HSBC MORTGAGE SERVICES<br>PO BOX 60113<br>City Of Industry, CA 91716-0113 | HSBC MORTGAGE SERVICES<br>PO BOX 60113<br>City Of Industry, CA 91716-0113 | 437 W. Merrill Avenue<br>Gilbert, Arizona<br>85233 | | 93,000.00<br>(450,000.00 secured)<br>(374,000.00 senior lien) |
| BANK OF AMERICA<br>PO BOX 60073<br>City Of Industry, CA 91716-0073 | BANK OF AMERICA<br>PO BOX 60073<br>City Of Industry, CA 91716-0073 | Trade debt | | 13,018.24 |
| US FOODSERVICE INC.<br>2838 Collections Center Dr.<br>Chicago, IL 60693 | US FOODSERVICE INC.<br>2838 Collections Center Dr.<br>Chicago, IL 60693 | Trade debt | | 4,580.73 |
| HOME DEPOT<br>PO BOX 6028<br>The Lakes, NV 88901-6028 | HOME DEPOT<br>PO BOX 6028<br>The Lakes, NV 88901-6028 | Trade debt | | 3,834.80 |
| BANK OF AMERICA<br>PO BOX 5270<br>Carol Stream, IL 60197-5270 | BANK OF AMERICA<br>PO BOX 5270<br>Carol Stream, IL 60197-5270 | Trade debt | | 2,785.66 |
| RON ZAHN<br>3116 E. Shea Blvd PMB #182<br>Phoenix, AZ 85082 | RON ZAHN<br>3116 E. Shea Blvd PMB #182<br>Phoenix, AZ 85082 | Trade debt | | 2,028.00 |
| KEY EQUIPMENT FINANCE, INC<br>Payment Processing<br>PO BOX 203901<br>Houston, TX 77216-3901 | KEY EQUIPMENT FINANCE, INC<br>Payment Processing<br>PO BOX 203901<br>Houston, TX 77216-3901 | Trade debt | | 2,003.91 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CHASE CARD SERVICES<br>Card Member Services<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | CHASE CARD SERVICES<br>Card Member Services<br>PO BOX 9001950<br>Louisville, KY 40290-1950 | Trade debt | | 1,978.11 |
| CITIBUSINESS CARD<br>PO BOX 6411<br>The Lakes, NV 88901-6411 | CITIBUSINESS CARD<br>PO BOX 6411<br>The Lakes, NV 88901-6411 | Trade debt | | 1,887.97 |
| DESERT SCHOOLS FCU<br>PO BOX 2942<br>Phoenix, AZ 85062 | DESERT SCHOOLS FCU<br>PO BOX 2942<br>Phoenix, AZ 85062 | Trade debt | | 1,866.51 |
| AMIGOS CLEANING SERVICES<br>PO BOX 534<br>Tolleson, AZ 85353 | AMIGOS CLEANING SERVICES<br>PO BOX 534<br>Tolleson, AZ 85353 | Trade debt | | 1,775.00 |
| SEARSCHARGE PLUS<br>PO BOX 6563<br>The Lakes, NV 88901-6563 | SEARSCHARGE PLUS<br>PO BOX 6563<br>The Lakes, NV 88901-6563 | Trade debt | | 1,752.16 |
| COMPASS BANK<br>PO BOX 192<br>Birmingham, AL 35201-0192 | COMPASS BANK<br>PO BOX 192<br>Birmingham, AL 35201-0192 | Trade debt | | 1,417.86 |
| DECKER & WOODS<br>601 N ALMA SCHOOL RD<br>Chandler, AZ 85224 | DECKER & WOODS<br>601 N ALMA SCHOOL RD<br>Chandler, AZ 85224 | Trade debt | | 1,230.00 |
| T-MOBILE<br>PO BOX 742596<br>Cincinnati, OH 45274-2596 | T-MOBILE<br>PO BOX 742596<br>Cincinnati, OH 45274-2596 | Trade debt | | 856.05 |
| FARMERS INSURANCE CO.<br>Payment Processing Center<br>PO BOX 894731<br>Los Angeles, CA 90189 | FARMERS INSURANCE CO.<br>Payment Processing Center<br>PO BOX 894731<br>Los Angeles, CA 90189 | Trade debt | | 802.19 |
| SCF OF ARIZONA<br>PO BOX 33049<br>Phoenix, AZ 85067-3049 | SCF OF ARIZONA<br>PO BOX 33049<br>Phoenix, AZ 85067-3049 | Trade debt | | 624.34 |
| COMFORT PLUS, LLC<br>5456 E. McDowell Road<br>STE 118<br>Mesa, AZ 85215-9649 | COMFORT PLUS, LLC<br>5456 E. McDowell Road<br>STE 118<br>Mesa, AZ 85215-9649 | Trade debt | | 615.89 |

In re   **The Cedar Garden Assisted Living Homes, LLC**                              Case No.   **2:08-bk-00632-SSC**
                                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 4, 2008**                           Signature   **/s/ Christine Ellis**
                                                                 **Christine Ellis**
                                                                 **Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§ 152 and 3571.