DAVID E. McALLISTER (AZ BN 021551)
CHRISTOPHER R. CHICOINE (AZ BN 025260)
PITE DUNCAN, LLP
4375 Jutland Drive
Suite 200
San Diego, CA 92117
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
cchicoine@piteduncan.com

Attorneys for GMAC MORTGAGE CORPORATION, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-00632-SSC |
| THE CEDAR GARDENS ASSISTED LIVING, | Chapter 13 |
| Debtor(s). | **ORDER ON STIPULATION TERMINATING THE AUTOMATIC STAY** |
| GMAC MORTGAGE CORPORATION, its successors and/or assigns, | |
| Movant, | DATE: August 6, 2008 |
| vs. | TIME: 1:30 P.M. |
| THE CEDAR GARDENS ASSISTED LIVING, Debtor(s); and __, Chapter 13 Trustee, | |
| Respondents. | |

The parties having agreed to the terms set forth in the Stipulation Terminating the Automatic Stay are bound by the terms of their stipulation, which shall be the Order of this Court. Any pending hearing on Movant's Motion for Relief From the Automatic Stay in the above-entitled case is hereby vacated.

DATED: _____

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

2122792.wpd